No. —, original. EX PARTE CHARLES CASSIDY. June 7, 1943. The motion for leave to file petition for writ of habeas corpus is denied.

No. —, original. EX PARTE WALLACE H. WELCH. June 7, 1943. The motion for leave to file petition for writ of habeas corpus is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. —, original. EX PARTE GEORGE FOLEY. June 7, 1943. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to the pending application in the District Court.

No. —, original. EX PARTE PETER J. INNES. June 7, 1943. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the District Court.

No. 606. BUCHALTER v. NEW YORK;
No. 610. WEISS v. NEW YORK; and
No. 619. CAPONE v. NEW YORK. June 7, 1943. The stay orders heretofore entered are vacated and the mandates are ordered to issue forthwith. See 318 U. S. 797; *ante,* p. 427.